Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  18−28657−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Corwin Candelario
   309 Mercer Avenue
   Bellmawr, NJ 08031

Social Security No.:
   xxx−xx−8632

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/25/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 25, 2019
JAN: bc

                                                                  Jeanne Naughton
                                                                 Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
In re:                                                        Case No. 18-28657-ABA
Corwin Candelario                                             Chapter 13
      Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2            Date Rcvd: Jan 25, 2019
                               Form ID: 148                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2019.
db             +Corwin Candelario,    309 Mercer Avenue,    Bellmawr, NJ 08031-1650
517763804       Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517763807      +Jeanette Candelario,    1166 Lucille Avenue,    Bellmawr, NJ 08031-1545
517763811      +Shapiro & Perez LLC,    14000 Commerce Parkway,    Suite B,    Mount Laurel, NJ 08054-2242
517865973      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517919936      +Toyota Motor Credit Corporation,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517970041      +Wells Fargo Bank, N.A.,    Charles G. Wohlrab,    Shapiro & DeNardo, LLC,
                 14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2019 00:10:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2019 00:10:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517763805       EDI: CAPITALONE.COM Jan 26 2019 04:28:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517865787       EDI: BL-BECKET.COM Jan 26 2019 04:28:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517763806      +EDI: CONVERGENT.COM Jan 26 2019 04:28:00      Convergent Outsourcing,    800 SW 39th St,
                 PO Box 9004,    Renton, WA 98057-9004
517763808      +EDI: CBSKOHLS.COM Jan 26 2019 04:28:00      Kohls/Capital One,    PO Box 3115,
                 Milwaukee, WI 53201-3115
517763808      +E-mail/Text: bncnotices@becket-lee.com Jan 26 2019 00:09:17      Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
517763809      +EDI: RESURGENT.COM Jan 26 2019 04:28:00      LVNV Funding,    c/o Resurgent Capital,
                 PO Box 1269,    Greenville, SC 29602-1269
517795660       EDI: RESURGENT.COM Jan 26 2019 04:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517763810       EDI: PRA.COM Jan 26 2019 04:28:00      Portfolio Recovery,    Attn: Bankruptcy,
                 120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502
517888611       EDI: PRA.COM Jan 26 2019 04:28:00      Portfolio Recovery Associates, LLC,    c/o Amazon.com,
                 POB 41067,    Norfolk VA 23541
517888780       EDI: PRA.COM Jan 26 2019 04:28:00      Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
517766196      +EDI: RMSC.COM Jan 26 2019 04:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517763812       EDI: TFSR.COM Jan 26 2019 04:28:00      Toyota Financial Services,    P.O. Box 17187,
                 Baltimore, MD 21297-0511
517763813       EDI: WFFC.COM Jan 26 2019 04:28:00      Wells Fargo Bank, N.A.,    PO Box 5943,
                 Sioux Falls, SD 57117-5943
517876854       EDI: WFFC.COM Jan 26 2019 04:28:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517885603       EDI: WFFC.COM Jan 26 2019 04:28:00      Wells Fargo Bank, N.A.,
                 Default Document Processing N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
517763814      +EDI: WFFC.COM Jan 26 2019 04:28:00      Wells Fargo Card Services,    P.O. Box 14517,
                 Des Moines, IA 50306-3517
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 25, 2019
                              Form ID: 148             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2019 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Corwin  Candelario andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```